UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARTURO SUAREZ, | Case No. EDCV 15-1706-R(AJW) |
|     Petitioner, | |
|   v. | JUDGMENT |
| DANIEL PARAMO, Warden, | |
|     Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: February 2, 2016

_____
Manuel L. Real
United States District Judge